FILED: September 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2119
(5:20-cv-00349-D)

_____

GOLDEN CORRAL CORP.; GOLDEN CORRAL FRANCHISING SYSTEMS, INC.

      Plaintiffs - Appellants

v.

ILLINOIS UNION INSURANCE COMPANY

      Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Heytens, and Senior Judge Traxler.

      For the Court

      /s/ Patricia S. Connor, Clerk